**Electronically Filed
Supreme Court
SCWC-17-0000102
11-JUL-2022
01:05 PM
Dkt. 17 ODAC**

SCWC-17-0000102

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

GMAC MORTGAGE, LLC,
Respondent/Plaintiff-Appellee,

vs.

WAYNE NOELANI TOM; COLEEN ETSUKO TOM,
Respondents/Defendants-Appellees,

and

JOYCELYN WANDA UNCIANO,
Petitioner/Defendant-Appellant,

and

CITIFINANCIAL, INC. 221, LLC, fka ASSOCIATES FINANCIAL SERVICES
COMPANY OF HAWAII, A DELAWARE LIMITED LIABILITY COMPANY; STATE
OF HAWAIʻI, DEPARTMENT OF HUMAN SERVICES; FIRST HAWAIIAN BANK,
fka FIRST INTERSTATE BANK OF HAWAII; CURT DUKE PRATT AND JUDITH
HILOKO PRATT; UNITED STATES OF AMERICA; DIRECTOR, DEPARTMENT OF
TAXATION, STATE OF HAWAIʻI,
Respondents/Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000102; CASE NO. 1CC031001029)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Joycelyn Wanda Unciano's Application for Writ of Certiorari filed on May 31, 2022, is rejected.

DATED:  Honolulu, Hawaiʻi, July 11, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins